In the Matter of the Claim of MAE RENDUELES, Appellant, against GOTTLIEB ADORN PRINTING Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of SIMON SEMON, Respondent, against GEORGE H. FLINN CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of THOMAS TWITTY, Appellant, against NEW YORK HERALD TRIBUNE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

LAURA VAN HORNE, Appellant, v. FAROKH M. BHARUCHA, Respondent, et al., Defendant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *post*, p. 910.]

In the Matter of the Claim of CHARLES VANTE, Appellant, against FORD INSTRUMENT Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

FRED R. WATSON, Plaintiff, v. MORRIS NEWMARK, Defendant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of MARGARET McGUINN et al., Respondents, and MATTHEW McGUINN et al., Claimants, against F. W. WOOLWORTH Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument granted. The reargument may encompass all questions heretofore considered by the court on appeal. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 283 App. Div. 1122.]

In the Matter of the Claim of ALICE W. PILGER, Respondent, against COUNTY OF WESTCHESTER et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals is denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante*, p. 242.]